```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

DENNIS CASIANO,                 )
                                )
            Plaintiff,          )
                                )
    v.                          )    No. 13 C 2722
                                )
TOM DART, et al.,               )
                                )
            Defendants.         )
```

## MEMORANDUM ORDER

Dennis Casiano ("Casiano"), a pretrial detainee housed at the Cook County Department of Corrections ("County Jail"), has filed a self-prepared hand-printed 42 U.S.C. §1983 ("Section 1983") Complaint against Cook County Sheriff Tom Dart and two unnamed officers at the County Jail. Casiano's allegations, taken as true for present purposes, state a claim for deliberate indifference to serious medical needs (a Section 1983 concept that finds its origin in Estelle v. Gamble, 429 U.S. 97, 104 (1976)). In addition, Casiano has tendered two other hand-printed documents: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

What Casiano has not done, however, is to comply with the requirements of 28 U.S.C. §1915 ("Section 1915") that are essential to this Court's consideration of the Application and the Motion referred to at the end of the preceding paragraph. Nonetheless it seems clear from what Casiano has asserted that he

can satisfy the Section 1915 requirements for the grant of in forma pauperis status in the sense that the $350 filing fee need not be paid up front but is instead established as an obligation to be satisfied with present and future installment payments.

Accordingly leave to proceed in forma pauperis is granted conditionally, and this Court has obtained the name of this member of the District Court's trial bar to represent Casiano on a pro bono publico basis:

> Craig Allen Varga, Esq.
> Varga, Berger, Ledsky, Hayes & Casey
> 125 South Wacker Drive
> Suite 2150
> Chicago IL 60606-4473

This Court is contemporaneously issuing its customary initial scheduling order, but in the meantime:

1. Appointed counsel is ordered to arrange for service of process on Sheriff Dart, for which payment counsel will be entitled to seek reimbursement from the funds maintained by this District Court in connection with such pro bono representation.

2. One copy of this memorandum order is being transmitted to the fiscal personnel at the County Jail, who are directed to transmit promptly to this Court's chambers a printout of all transactions in Casiano's trust fund account there for the period from February 1, 2013 through the current date. That transmittal should be addressed in this

fashion:

>   Honorable Milton I. Shadur
>   United States District Court
>   219 South Dearborn Street - Room 2388
>   Chicago IL 60604

This Court will then proceed to make the determination called for by Section 1915.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 16, 2013